# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Harwood, Bruce A. | United States Bankruptcy Court - District of New Hampshire | 08/07/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Chief Bankruptcy Judge | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final | 01/01/2016 to 12/31/2016 |
| | 5b. ☐ Amended Report | |

**7. Chambers or Office Address**

United States Bankruptcy Court
1000 Elm Street
Manchester, NH 03101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | American Bankruptcy Institute |
| 2. | Trustee | Trust #1 (family member sole beneficiary) |
| 3. | Trustee | Trust #2 (family member sole beneficiary) |
| 4. | Trustee | Trust #3 (family member sole beneficiary) |
| 5. | Trustee | Trust #4 (family member sole beneficiary) |
| 6. | Trustee | Trust #5 (family member sole beneficiary) |
| 7. | Trustee | Trust #6 (family member sole beneficiary) |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwood, Bruce A. | 08/07/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American College of Bankruptcy | March 17-19, 2016 | Washington, DC | Induction ceremony, educational seminar | Transportation, Lodging, Meals |
| 2. | American Bankruptcy Institute | April 14-17, 2016 | Washington, DC | Educational seminar and board of directors meeting | Transportation, Lodging, Meals |
| 3. | American Bankruptcy Institute | July 14-17, 2016 | Bretton Woods, NH | Educational seminar | Transportation, Lodging, Meals |
| 4. | National Conference of Bankruptcy Judges | October 25 - November 1, 2016 | San Francisco, CA | Educational seminar and annual meeting | Transportaion, Lodging |
| 5. | American Bankruptcy Institute | November 30 - December 4, 2016 | Rancho Palos Verdes, CA | Educational seminar and board of directors meeting | Transportation, Lodging, Meals |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwood, Bruce A. | 08/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   Common AMLP - ALERIAN MLP ETF | D | Dividend | M | T | Buy (add'l) | 01/05/16 | J | | |
| 2. | | | | | Buy (add'l) | 01/06/16 | J | | |
| 3. | | | | | Buy (add'l) | 03/29/16 | J | | |
| 4.   AQMIX - AQR MANAGED FUTURES STRATEGY I FUND | A | Dividend | L | T | Buy (add'l) | 01/05/16 | J | | |
| 5. | | | | | Buy (add'l) | 01/06/16 | J | | |
| 6. | | | | | Buy (add'l) | 09/20/16 | J | | |
| 7. | | | | | Buy (add'l) | 12/30/16 | J | | |
| 8.   BGCIX - BLACKROCK GLOBAL L/S CREDIT I FUND | | None | L | T | Buy (add'l) | 10/05/16 | J | | |
| 9. | | | | | Buy (add'l) | 01/06/16 | J | | |
| 10. | | | | | Buy (add'l) | 12/30/16 | J | | |
| 11.   CMNIX - CALAMOS MARKET NEUTRAL INC I FUND | A | Dividend | L | T | Buy (add'l) | 01/05/16 | J | | |
| 12. | | | | | Buy (add'l) | 01/06/16 | J | | |
| 13.   Common CVX - CHEVRON CORP | A | Dividend | J | T | | | | | |
| 14.   SKNRX - DEUTSCHE ENHANCED COMM STRAT A FUND | | None | | | Sold | 03/09/16 | K | A | |
| 15.   IQHX - IQ ALPHA HEDGE STRAT INST FUND | A | Dividend | L | T | Buy (add'l) | 01/04/16 | J | | |
| 16. | | | K | T | Buy (add'l) | 01/05/16 | J | | |
| 17. | | | | | Buy (add'l) | 01/06/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwood, Bruce A. | 08/07/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 12/30/16 | J | | |
| 19. Common TIP - ISHARES BARCLAYS TIPS BD ED | B | Dividend | M | T | | | | | |
| 20. EEN - ISHARES MSCI EMERGING MARKETS ETF | A | Dividend | K | T | | | | | |
| 21. Common SCZ - ISHARES TR MSCI SMALL CAP | B | Dividend | L | T | | | | | |
| 22. Common MERFX - MERGER FUND | A | Dividend | M | T | | | | | |
| 23. Common - STPZ - PIMCO 1-5 YEAR US TIPS INDEX FUND | A | Dividend | M | T | | | | | |
| 24. PALPX - PIMCO ALL ASSET P FUND | B | Dividend | L | T | Buy (add'l) | 01/04/16 | J | | |
| 25. | | | | | Buy (add'l) | 01/05/16 | J | | |
| 26. PCRPX - PIMCO COMMOD REAL RET STRATP FUND | A | Dividend | L | T | Buy (add'l) | 01/04/16 | J | | |
| 27. | | | | | Buy (add'l) | 01/05/16 | J | | |
| 28. | | | | | Buy (add'l) | 01/06/16 | J | | |
| 29. | | | | | Buy (add'l) | 03/09/16 | J | | |
| 30. Common RWX - SPDR DJ WILSHIRE INTL REAL EST | C | Dividend | L | T | Buy (add'l) | 01/05/16 | J | | |
| 31. | | | | | Buy (add'l) | 12/30/16 | J | | |
| 32. Common TFI - SPDR NUVEEN BBG BARCLAYS MUN B ETF - | B | Int./Div. | L | T | Sold (part) | 03/14/16 | J | | |
| 33. Common SHM - SPDR NUVEEN BARCLAYS SHRT TERM | A | Int./Div. | L | T | | | | | |
| 34. Common VEA - VANGUARD FTSE DEVELOPED MARKETS ETF | D | Dividend | N | T | Buy (add'l) | 12/30/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwood, Bruce A. | 08/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Common VWO - VANGUARD FTSE EMERGING MARKETS E | C | Dividend | M | T | Buy (add'l) | 01/05/16 | J | | |
| 36. | | | | | Buy (add'l) | 01/06/16 | J | | |
| 37. Common VUG - VANGUARD GROWTH ETF | C | Dividend | N | T | | | | | |
| 38. Common VNQ - VANGUARD REIT ETF | C | Dividend | L | T | | | | | |
| 39. Common BSV - VANGUARD SHORT TERM BND | B | Dividend | M | T | | | | | |
| 40. Common VBK - VANGUARD SM CAP GROWTH ETF | B | Dividend | L | T | | | | | |
| 41. Common VBR - VANGUARD SM VALUE ETF | B | Dividend | M | T | | | | | |
| 42. Common BND - VANGUARD TOTAL BOND MARKET | C | Dividend | M | T | | | | | |
| 43. Common VTV - VANGUARD VALUE ETF INDEX | D | Dividend | N | T | | | | | |
| 44. | | | | | | | | | |
| 45. Morgan Stanley Bank N.A. Money Market Account (Bank Deposit Program) | A | Interest | L | T | | | | | |
| 46. CITIZENS BANK - deposit accounts | A | Interest | M | T | | | | | |
| 47. Common BENGUET CORP | | None | J | T | | | | | |
| 48. Common ENERGIZER HOLDINGS INC (Custodian) | A | Dividend | J | T | | | | | |
| 49. Common BOEING COMPANY (Custodian) | | None | J | T | | | | | |
| 50. Trust #1 (H) | | | | | | | | | |
| 51. - CITIZENS BANK - bank accunt | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwood, Bruce A. | 08/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - TD BANK - bank account | | None | | | Distributed | 12/31/16 | K | | |
| 53. -NBT BANK f/k/a HAMPSHIRE FIRST BANK - bank account | | None | | | Distributed | 12/31/16 | K | | |
| 54. Trust #2 (H) | | | | | | | | | |
| 55. - TD BANK - bank account | | None | | | Distributed | 12/31/16 | K | | |
| 56. - NBT BANK f/k/a/HAMPSHIRE FIRST BANK - bank account | | None | | | Distributed | 12/31/16 | K | | |
| 57. Trust #3 (H) | | | | | | | | | |
| 58. - CITIZENS BANK - bank account | A | Interest | K | T | | | | | |
| 59. - NBT Bank f/k/a HAMPSHIRE FIRST BANK - bank account | A | Interest | K | T | | | | | |
| 60. Trust #4 (H) | | | | | | | | | |
| 61. - NBT BANK f/k/a HAMPSHIRE FIRST BANK - bank account | A | Interest | K | T | | | | | |
| 62. Trust #5 (H) | | | | | | | | | |
| 63. - NBT Bank f/k/a HAMPSHIRE FIRST BANK - bank account | A | Interest | K | T | | | | | |
| 64. Trust # 6 (H) | | | | | | | | | |
| 65. -NBT BANK f/k/a HAMPSHIRE FIRST BANK - bank account | A | Interest | K | T | | | | | |
| 66. Common PRINCIPAL FINANCIAL GROUP INC | A | Dividend | J | T | | | | | |
| 67. | | | | | | | | | |
| 68. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwood, Bruce A. | 08/07/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwood, Bruce A. | 08/07/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 32:  SPDR NUVEEN BBG BARCLAYS MUN B ETF (TICKER = TFI) is the same fund as SPDR NUVEEN BARCLAYS CAPITAL M (TICKER = TFI) reported on line 127 of the 2015 report.  The fund changed its name in 2016.

Part VII, Line 33:  SPDR NUVEEN BARCLAYS SHORT TERM (TICKER = SHM) is the same fund as SPDR NUVEEN BARCLAS SHORT ETF reported on line 128 of the 2015 report. The fund changed its name in 2016.

Part VII, Line 46:  Morgan Stanley Bank Account NA Money Market account is the same account as reported on line 87 of the 2014 report as "Citibank N.A. Money Market Account."  The name of the account changed during 2014 as a result of a merger between Citibank and Morgan Stanley, but the name change was inadvertently not noted in my 2014 or 2015 report.

Part VII, Lines 53 and 56: The proceeds of these accounts were fully distributed to their respective beneficiaries on 11/17/13 and 10/15/14, respectively, but the distributions inadvertently not disclosed on previous reports.  The accounts are now closed.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Bruce A. Harwood**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544